USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/3/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------x

THE 60223 TRUST, on behalf of itself
and all others similarly situated,

                Plaintiffs,

- against -

GOLDMAN, SACHS & CO. and
MATTHEW JANIGA,

                Defendants.

---------------------------------------------x

03 Civ. 3548 (TPG)

**OPINION**

Plaintiffs' motion for reconsideration of the Court's December 4, 2007 opinion dismissing the above-captioned case is denied.

Dated: New York, New York
      June 3, 2008

SO ORDERED

_____
Thomas P. Griesa
U.S.D.J.